DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Crystal Keller, | ) | |
| | ) | CASE NO. 5:10 CV 2363 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | <u>JUDGMENT ENTRY</u> |
| | ) | |
| Sue Rice, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

    This Court having contemporaneously filed its Memorandum of Opinion in this case, it is therefore ORDERED, ADJUDGED AND DECREED that this action is dismissed as pursuant to 28 U.S.C. § 1915(e). Further, the Court certifies pursuant to 28 U.S.C. §1915(a)(3) that an appeal from this decision could not be taken in good faith.

    The Clerk is directed to mail a copy of this, Judgment Entry, and Memorandum Opinion filed contemporaneously herewith, to plaintiff at her address of record.

    IT IS SO ORDERED.

| | |
|---|---|
|  November 29, 2010 | *s/ David D. Dowd, Jr.* |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |